*Whittaker* for petitioners. *Albert J. DeLange* and *Henry E. Kahn* for respondents. ▮

No. 152. BARNES *v.* NEW YORK. October 14, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied. *Thomas L. Newton* for petitioner. *Alan V. Parker* for respondent. ▮

No. 156. GEORGE-HOWARD ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *B. C. Howard* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney, James M. Kane* and *Jerome Walsh* for respondent. ▮

No. 157. HEDRICK *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Jeremiah F. Cross* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Hilbert P. Zarky* for respondent. ▮

No. 158. J. E. HADDOCK, LTD. ET AL. *v.* PILLSBURY, DEPUTY COMMISSIONER, ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Frank J. Creede* for peti-